UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT GAGNON and
JUNE GAGNON                    :   CIVIL ACTION
                               :   NO. 3:01CV810 (CFD)
                               :
    vs.                        :
                               :
THE MANITOWOC COMPANY, INC.    :   OCTOBER 24, 2003

### APPEARANCE

Please enter the appearance of MICHELLE HOLMES as counsel for the plaintiffs, Robert and June Gagnon, in the above-entitled action.

                                  Plaintiffs,
                                  ROBERT GAGNON and JUNE GAGNON

By: *M. Holmes*
Michelle Holmes
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
(860) 233-8251
Federal Bar No. ct20014
mholmes@sackspec.com

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of October, 2003 to the following counsel of record:

**Defendant The Manitowoc Company:**
Robert G. Oliver, Esq.
Mulvey, Oliver & Gould
83 Trumbull Street
New Haven, CT  06511
Federal Bar #CT00192

**Intervening Plaintiff:**
Attorney Mary T. Minor
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Michelle Holmes