UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT GAGNON and JUNE
GAGNON                                 Civil Action No.
         Plaintiffs                       301 CV 810 (CFD)

CAPCO STEEL CORP.,
     Interveneor-Plaintiff             NOVEMBER 7, 2003

V.

MANITOWOC COMPANY, INC.
         Defendant


**MOTION FOR EXTENSION OF TIME BY DEFENDANT
MANITOWOC COMPANY**

The defendant Manitowoc Company, Inc., respectfully moves the court for a one week (7 days) extension of time within which the parties may complete and file their Trial Memorandum from November 14, 2003, until November 21, 2003.

The reason for the requested extension of one week is that both attorneys for the parties (Robert G. Oliver for defendant and Gerald S. Sack for the plaintiffs) have been engaged in court and have been unable to speak on the telephone for the necessary length of time to confer in

ARGUMENT REQUESTED/NOT REQUESTED
TESTIMONY IS/IS NOT REQUIRED

order to try and agree or to identify disagreements for those items on the Trial Memorandum which require consultation and agreement. Each counsel will be able to complete this process if one additional week is granted.

This is the first such extension requested.

On November 6, undersigned faxed a request to attorney Gerald Sack, counsel for the plaintiffs, asking if he would agree to the extension. However, Mr. Sack is on trial and has been unable to call back. Undersigned has also spoken with Mr. Sack's office staff on several occasions. Therefore, despite diligent efforts, undersigned is unable to ascertain Mr. Sack's position. Other then a brief, interrupted telephone conversation on Monday, November 3, undersigned and Mr. Sack have be unable to speak on the phone about the case.

On November 6, undersigned counsel faxed a request to attorney Nancy Rosenbaum, counsel for the intervening plaintiff, asking if she would agree to the extension. Attorney Rosenbaum's paralegal, Charlene, called on November 7 and advised that attorney Rosenbaum, who was out sick, had no objection to the extension.

Wherefore, the defendant respectfully moves for a one week extension until November 21, 2003, within which the parties may file their Trial Memorandum.

        THE DEFENDANT

BY: _____
        ROBERT G. OLIVER
        MULVEY, OLIVER & GOULD
        83 TRUMBULL STREET
        NEW HAVEN, CT 06511
        (203) 624-5111
        FED. ID. # CT 00192

CERTIFICATION

I hereby certify that the foregoing was mailed, postage prepaid, on November 7, 2003, to all counsel of record:

Gerald S. Sack, Esq.
Attorney Michelle Holmes
Marc H. Vidone, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Attorney Nancy Rosenbaum
Attorney Mary T. Minor
Law Office Of Nancy S Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

_____
ROBERT G. OLIVER

\\NTserver1\mcsj\MO&G\Active\Manitowoc v. Gagnon 010644-2 RGO\Pleadings\motion for ext re trial memo 11-06-03.wpd