UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT GAGNON and JUNE
GAGNON                                  Civil Action No.
      Plaintiffs                   301 CV 810 (CFD)

CAPCO STEEL CORP.,
    Interveneor-Plaintiff           NOVEMBER 7, 2003

V.

MANITOWOC COMPANY, INC.
        Defendant

Granted. So ordered.
JDS 11/14/03

**MOTION FOR EXTENSION OF TIME BY DEFENDANT
MANITOWOC COMPANY**

The defendant Manitowoc Company, Inc., respectfully moves the court for a one week (7 days) extension of time within which the parties may complete and file their Trial Memorandum from November 14, 2003, until November 21, 2003.

The reason for the requested extension of one week is that both attorneys for the parties (Robert G. Oliver for defendant and Gerald S. Sack for the plaintiffs) have been engaged in court and have been unable to speak on the telephone for the necessary length of time to confer in

ARGUMENT REQUESTED/NOT REQUESTED
TESTIMONY IS/IS NOT REQUIRED