cv810 statcnf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

NOVEMBER 21, 2003

4:00 P.M.

held
4:00-4:30  .30 mins

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635

CASE NO. 3-01-cv-810 (CFD)    Gagnon v Manitowoc

| | |
|---|---|
| Carolyn P. Gould<br>Mulvey, Oliver & Gould<br>83 Trumbull St.<br>New Haven, CT 06511 | Michelle N. Holmes<br>Sack, Spector & Karsten<br>836 Farmington Ave.<br>West Hartford, CT 06119-1544 |
| Mary T. Minor<br>Law Offices of Nancy S. Rosenbaum<br>655 Winding Brook Dr.<br>Glastonbury, CT 06033 | Kenneth J. Mulvey Jr.<br>Mulvey, Oliver & Gould<br>83 Trumbull St.<br>New Haven, CT 06511 |
| Robert G. Oliver<br>Mulvey, Oliver & Gould<br>83 Trumbull St.<br>New Haven, CT 06511 | Nancy S. Rosenbaum<br>Rosenbaum & Brennan<br>655 Winding Brook Dr., PO Box 695<br>Glastonbury, CT 06033 |
| Gerald S. Sack<br>Sack, Spector & Karsten<br>836 Farmington Ave.<br>West Hartford, CT 06119-1544 | Marc H. Vidone<br>Sack, Spector & Karsten<br>836 Farmington Ave.<br>West Hartford, CT 06119-1544 |