UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT & JUNE GAGNON,
       Plaintiffs


       -  v  -                          Civil No. 3:01CV810(CFD)


MANITOWOC CO., INC.,
          Defendants


## MEMORANDUM AND ORDER

A settlement conference has been held in this case.  The case
is settled.  The parties will file the appropriate papers within 30
days.

Dated at Hartford, Connecticut, this 12th day of December,
2003.

                         Thomas P. Smith
                         United States Magistrate Judge