United States District Court
District of Connecticut

| | | |
|---|---|---|
| ROBERT GAGNON, ET UX. | : | CIVIL ACTION |
| | : | NO. 3 01 CV 810 (CFD) (TPS) |
| vs. | : | |
| | : | |
| THE MANITOWOC COMPANY, INC. | : | DECEMBER 17, 2003 |

### Stipulation for Dismissal with Prejudice

The parties hereby stipulate that this case is dismissed, with prejudice, and without costs or fees to any party.

                          Plaintiffs Robert Gagnon and June Gagnon

By _____
       Gerald S. Sack
       Federal Bar #CT05279
       Sack, Spector & Karsten
       836 Farmington Avenue
       West Hartford, CT  06119
       gsack@sackspec.com
       (860) 233-8251
       Their Attorney

Defendant The Manitowoc Company:

By _____
    Robert G. Oliver, Esq.
    Mulvey, Oliver & Gould
    83 Trumbull Street
    New Haven, CT 06511
    Federal Bar #CT00192

Intervening Plaintiff Capco Steel

By _____
    Attorney Nancy S. Rosenbaum
    Attorney Mary A. Minor
    Law Offices of Nancy S. Rosenbaum
    655 Winding Brook Drive
    Glastonbury, CT 06033
    Federal Bar #CT14444

LAW OFFICES OF
# NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE

GLASTONBURY, CT 06033

NANCY S. ROSENBAUM
EDWARD W. CASE
RICHARD M. ENDRELUNAS
NICONE J. GORDON*
MARY T. MINOR
JOHN D. WARD
MARIAN H. YUN
FREDERICK M. VOLLONO
TERRANCE M. BRENNAN

*ALSO ADMITTED IN NEW YORK

TELEPHONE: 633-9471
AREA CODE: 860

**VIA CERTIFIED MAIL**

December 29, 2003

Honorable Thomas P. Smith
U.S. Magistrate Judge
Chambers Room 258
450 Main Street (Federal Court House)
Hartford, CT 06103

    Re:    ***Robert Gagnon vs. The Manitowoc Company, Inc.***
              ***Our File No.: WC390-040313***

Dear Judge Smith:

Enclosed please find the original Stipulation for Dismissal with Prejudice executed by all counsel with regard to the above captioned matter.

Please do not hesitate to contact me with any questions and/or comments.

Very truly yours,

Nancy S. Rosenbaum

NSR/cla
Enclosure – Executed Stipulation for Dismissal with Prejudice

cc:    Attorney Gerald Sack
        Attorney Robert Oliver