United States District Court
District of Connecticut

| | | |
|---|---|---|
| ROBERT GAGNON, ET UX. | : | CIVIL ACTION |
| | : | NO. 3 01 CV 810 (CFD) (TPS) |
| vs. | : | |
| | : | |
| THE MANITOWOC COMPANY, INC. | : | DECEMBER 17, 2003 |

### Stipulation for Dismissal with Prejudice

The parties hereby stipulate that this case is dismissed, with prejudice, and without costs or fees to any party.

                                                Plaintiffs Robert Gagnon and June Gagnon

By _____
            Gerald S. Sack
            Federal Bar #CT05279
            Sack, Spector & Karsten
            836 Farmington Avenue
            West Hartford, CT 06119
            gsack@sackspec.com
            (860) 233-8251
            Their Attorney

1/5/04 SO ORDERED USMJ